IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM ROGER McNEILL** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CAUSE NO. 1:07CV461 LG-RHW** |
| | § | |
| **PRESTON GOFF, WARDEN** | § | **RESPONDENT** |

## JUDGMENT

This day this cause came on to be considered on Respondent's Motion to Dismiss [6], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss [6] is **GRANTED**.  Petitioner's 28 U.S.C. § 2254 habeas corpus petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED,** this the 28th day of September 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge